IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Subpoena Served On JP Morgan Chase Bank N.A.<br><br>Silverstone Holding Group LLC<br><br>*Petitioner*,<br><br>v.<br><br>Zhongtie Dacheng (Zhuhai) Investm't Mgmt Co., Ltd<br><br>*Respondent*. | Case No. 22-mc-00353<br><br>(Arising from Case No. 22-cv-00461-SSS-ADS in the United States District Court for the Central District of California)<br><br>**Declaration of Angus F. Ni in Support of Motion to Quash Nonparty Subpoena and For a Protective Order** |

I, **ANGUS F. NI**, declare as follows:

1. I am counsel for Petitioner in the above-captioned action. I am an attorney at the law firm AFN Law PLLC. Unless otherwise indicated, the statements in this declaration are based on my personal knowledge.

2. As Petitioner's counsel, I attempted in good faith to meet and confer with Respondent's counsel prior to filing the instant motion to quash.

3. Attached to this declaration as **Exhibit 1** is a true and correct copy of the Amended Petition dated October 12, 2022, filed by Respondent's counsel in Case No. 22-cv-00461-SSS-ADS in the United States District Court for the Central District of California, as extracted by me from PACER.

4. Attached to this declaration as **Exhibit 2** is a true and correct copy of the subpoena dated September 23, 2022, issued by Respondent's counsel to JP Morgan Chase Bank, N.A., as provided to me by Respondent's counsel on December 6, 2022.

1

5. Attached to this declaration as **Exhibit 3** are true and correct copies of e-mails between my firm and Respondent's counsel between November 22, 2022 and December 12, 2022.

6. Attached to this declaration as **Exhibit 4** is a true and correct copy of the case docket of Case No. 22-cv-00461-SSS-ADS in the United States District Court for the Central District of California, as extracted by me from PACER.

7. Attached to this declaration as **Exhibit 5** is a true and correct copy of JP Morgan Chase Bank N.A.'s notification to Petitioner dated November 1, 2022, as provided to me by Petitioner.

8. Attached to this declaration as **Exhibit 6** is a true and correct copy of an Order dated August 30, 2022 of the Supreme Court of the State of New York, New York County, Index No. 153501/2022.

9. Attached to this declaration as **Exhibit 7** are true and correct copies of proofs of service filed by Respondent in Case No. 22-cv-00461-SSS-ADS in the United States District Court for the Central District of California, as extracted by me from PACER.

10. Attached to this declaration as **Exhibit 8** is a true and correct copy of the denial of a motion for default judgment by the Supreme Court of the State of New York, New York County, Index No. 153501/2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2022

By: _____
Angus F. Ni.